[No. 37794-9-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MISTER
PERRY WIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00181-1, Linda Lau, J., entered December
4, 1995. *Dismissed* by unpublished per curiam opinion.


[No. 37891-1-I.    Division One.    May 12, 1997.]

FORD CONSUMER FINANCE COMPANY, INC.,
*Respondent*, v. FIDELITY NATIONAL TITLE COMPANY OF
WASHINGTON, ET AL., *Defendants*, SEATTLE-FIRST
NATIONAL BANK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-17934-7, Jim Bates, J., entered November
21, 1995. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Agid and Ellington, JJ.


[No. 37927-5-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MOISES
TABLERO PENA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06098-2, Nicole MacInnes, J., entered
January 4, 1996. *Affirmed* by unpublished per curiam
opinion.


[No. 37940-2-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
L. GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04466-6, William L. Downing, J., entered
January 5, 1996. *Dismissed* by unpublished per curiam
opinion.